**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 220 WAL 2016
                                       :
                Respondent   :
                                       :   Petition for Allowance of Appeal from
                                       :   the Order of the Superior Court
                v.                   :
                                       :
                                     :
DANIEL L. STOVALL,             :
                                     :
                Petitioner   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**. The Application to Remand for a Grazier Hearing, the Application for Permission to File an Amended Petition for Allowance of Appeal, and the Application for Release on Bail are **DENIED**.